IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DORA McNAIL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:18-CV-1004-FJG |
| v. ) | |
| ) | |
| KANSAS CITY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

The undersigned counsel, Nimrod T. Chapel, Jr., hereby enters his appearance as lead counsel of record on behalf of Plaintiff Dora McNail, in the above-entitled matter.

I certify that I am admitted to practice before this court.

Respectfully submitted,

*/s/Nimrod T. Chapel, Jr*
Nimrod T. Chapel, Jr., #MO46875
The Chapel Law Group, LLC
Post Office Box 1963
Jefferson City, MO 65102
Phone: 573-634-8884
Fax: 573-635-6291
nimrod@chapellaw.com
**ATTORNEY FOR PLAINTIFF**

### Certificate of Service

The undersigned certifies that on this 5th day of March 2019 the foregoing was filed via this Court's e-filing system.

*Nimrod T. Chapel, Jr.*